**Donna P. BECKNAULD, Petitioner**

v.

**No. 78 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony J. CRAWFORD, Petitioner**

**No. 87 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donnell NELSON, Petitioner**

**No. 178 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.